## Commonwealth ex rel. Wallace, Appellant, *v.* Wallace, Appellant.

Argued September 14, 1970.
*Leonard Spear,* with him *Richard B. Sigmond,* and *Meranze, Katz, Spear & Bielitsky,* for defendant, appellant; *Henry Fitzpatrick, Jr.,* with him *Broderick, Schubert & Fitzpatrick,* for plaintiff, appellant.

Order affirmed.

## Dugan Unemployment Compensation Case.

Argued September 16, 1970. No oral argument was made nor brief submitted for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Gallagher Unemployment Compensation Case.

Argued September 17, 1970. *James V. Gallagher,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.